■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO CUMBA, Appellant. [695 NYS2d 801] —Judgment unanimously affirmed. Memorandum: The evidence adduced at trial is legally sufficient to establish defendant's guilt of assault in the first degree (Penal Law §§ 20.00, 120.10 [1]). Viewing the evidence in the light most favorable to the People (*see, People v Contes*, 60 NY2d 620, 621), we conclude that a rational trier of fact could have found beyond a reasonable doubt that defendant solicited the shooter, drove the shooter to the scene and lured the victim outside while the shooter was lying in wait (*see, People v Rossey*, 89 NY2d 970). "The fact that the evidence might be subject to an interpretation different from that credited by the jury" does not warrant the conclusion that the

People failed to prove their case beyond a reasonable doubt (*People v Moore*, 172 AD2d 855, *lv denied* 78 NY2d 970). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Erie County Court, D'Amico, J.—Assault, 1st Degree.) Present—Lawton, J. P., Hayes, Wisner, Pigott, Jr., and Balio, JJ.